UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

_____

| | |
|---|---|
| CRISTOBAL ALVAREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:17-cv-00414-RL-JEM |
| ) | |
| ATLANTIC RICHFIELD COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

_____

**U.S. SMELTER DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants U.S. Smelter and Lead Refinery, Inc., d/b/a U.S.S. Lead Refinery, Inc., Mining Remedial Recovery Company, Arava Natural Resources Company, Inc., and Mueller Industries, Inc. (collectively, "U.S. Smelter Defendants"), by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

1. Defendant U.S. Smelter and Lead Refinery, Inc., d/b/a U.S.S. Lead Refinery, Inc., is a wholly-owned subsidiary of Mining Remedial Recovery Company.

2. Defendant Mining Remedial Recovery Company is a wholly owned subsidiary of Arava Natural Resources Company, Inc.

3. Defendant Arava Natural Resources Company, Inc. is a wholly owned subsidiary of Mueller Industries, Inc.

4. Defendant Mueller Industries, Inc. is a publicly traded corporation.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

*/s/ Kevin M. Toner*
Kevin M. Toner, Attorney No. 11343-49
H. Max Kelln, Attorney No. 30358-49
Julian E. Harrell, Attorney No. 30661-49

*Attorneys for Defendants U.S. Smelter and Lead Refinery, Inc., d/b/a U.S.S. Lead Refinery, Inc., Mining Remedial Recovery Company, Arava Natural Resources Company, Inc., and Mueller Industries, Inc.*

FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Ph. (317) 237-0300
Fax (317) 237-1000
kevin.toner@faegrebd.com
max.kelln@faegrebd.com
julian.harrell@faegrebd.com

US.112758728.01

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 22, 2017 the foregoing **Corporate Disclosure Statement** was electronically filed with the Clerk of the United States District Court, Northern District of Indiana, Hammond Division and that the following counsel of record are registered CM/ECF users were served this day by the Court's CM/ECF system and by electronic mail:

>David J. Chizewer
>Emily D. Gilman
>Goldberg Kohn Ltd.
>55 East Monroe Street
>Suite 330
>Chicago, Illinois 60603
>
>Kathleen A. DeLaney
>Sean O. Morris, PHV
>Nancy G. Milburn, PHV
>Shreya A. Fadia, PHV
>Kathryn W. Hutchinson, PHV
>
>Dina M. Cox

>*/s/ Kevin M. Toner*

US.112758728.01