UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRISTOBAL ALVAREZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:17-cv-00414-JVB-JEM |
| | ) |
| ATLANTIC RICHFIELD COMPANY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
TESORO REFINING AND MARKETING COMPANY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby provide notice of the dismissal of Defendant Tesoro Refining and Marketing Company ("Tesoro"). Plaintiffs further state:

1. This action was filed in the Northern District of Indiana, Hammond Division on October 31, 2017. Included as a defendant in the action was Tesoro.

2. Tesoro has neither filed an answer nor a motion for summary judgment.

3. This dismissal removes all claims against the single Defendant, Tesoro Refining and Marketing Company, while leaving in place all other claims against all other Defendants.

Respectfully submitted,

*/s/ David J. Chizewer*
David J. Chizewer
Goldberg Kohn Ltd
55 East Monroe Street
Suite 3300
Chicago, IL 60603

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing was filed electronically on the Seventh day of May, 2019. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

                */s/ David J. Chizewer*
                David J. Chizewer