# Exhibit B

*Alvarez v. Atlantic Richfield Co.*, **2:17-cv-00414-PPS-JPK:**
<u>**Defendants' Proposed Verifications**</u>

I.      <u>**Proposed Plaintiff Verification**</u>**:**

I, _____ [*Plaintiff Name*], declare under penalty of perjury that I have reviewed _____ [*Specific Document Name*] to Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiffs, and that my responses in the foregoing document are true and correct.

Executed on:  _____ [*Month, Date, and Year*]

_____ [*Plaintiff's Signature*]

_____ [*Plaintiff's Printed Name*]

II.     <u>**Proposed Verification for Other Responding Individuals**</u>**:**

I, _____ [*Name of Responding Individual*], declare under penalty of perjury that I have reviewed _____ [*Specific Document Name*] to Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiffs, and that the responses I provided on behalf _____ [*Name of Plaintiff*], who is my _____ [*Responding Individual's Relationship to Plaintiff*], in the foregoing document are true and correct.

Executed on:  _____ [*Month, Date, and Year*]

_____ [*Responding Individual's Signature*]

_____ [*Responding Individual's Printed Name*]

_____
[*Name of Plaintiff and Responding Individual's Relationship to Plaintiff*]